**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jeffrey W. Hansen, OSB No. 923290**
Email: jeff.hansen@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR 97204
Telephone: 503.223.3000
Facsimile: 503.943.3321
      Attorneys for Defendants City of Saint Helens and
      Adam Raethke

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT BARROR,

        Plaintiff,

      v.

CITY OF SAINT HELENS, and ADAM
RAETHKE, in his individual capacity,

        Defendants.

Case No. 3:20-cv-00731-SB

**DECLARATION OF SERGEANT EVIN
EUSTICE IN SUPPORT OF
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

I, Evin Eustice, declare as follows:

      1.     I am a Sergeant for the St. Helens Police Department. I was hired as a patrol officer

with the St. Helens Police Department in August 2016, and was promoted to Sergeant in June

2018.

      2.     Officer Adam Raethke is one of the officers I supervise.

Page 1    DECLARATION OF SERGEANT EVIN EUSTICE IN SUPPORT OF
           DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CIS140.0007

3.      One of my roles as Sergeant is to ensure that officers under my command participate in trainings on a varienty of topics, and that the officers remain up to date with their training requirements.

4.      St. Helens police officers are required, among other things, to participate in annual training related to the appropriate circumstances to use force when effectuating arrests.

5.      I also participate in training the officers and have been involved in revising and/or updating St. Helens' use of force policies to accurately reflect changes or developments in the law.

6.      Revising St. Helens' policies is a collaborative process.  In addition to working within the Department to develop an effective policy, the Department also takes recommendations from Lexipol (an independent organization that specializes in developing state-specific policies and trainings for police officers) and from the Police Executive Research Forum (PERF).

7.      Attached as Exhibit 5 is a true and accurate copy of St. Helens' Use of Force Policy that was in place at the time that he incident giving rise to this lawsuit occurred.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IN TRUE ANF ACCURATE.**

DATED this ⟍8ᵀᴴ day of November, 2022.

**CHOCK BARHOUM LLP**

Sgt. Evin Eustice

DECLARATION OF SERGEANT EVIN EUSTICE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CIS140.0007