**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jeffrey W. Hansen, OSB No. 923290**
Email: jeff.hansen@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR 97204
Telephone: 503.223.3000
Facsimile: 503.943.3321

 Attorneys for Defendants City of Saint Helens and Adam Raethke

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT BARROR,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF SAINT HELENS, and ADAM RAETHKE, in his individual capacity,<br><br>   Defendants. | Case No. 3:20-cv-00731-SB<br><br>**DECLARATION OF BRIAN HARVEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Brian Harvey, declare as follows:

 1. I am an expert retained by Defendants. I make this Declaration in support of Defendants' Motion for Summary Judgment. I am above 18-years of age and I have personal knowledge of the facts stated herein and am competent to testify to the matters herein.

 2. Attached as Exhibit 6 is a true and accurate copy of my *Curriculum Vitae*.

Page 1 DECLARATION OF BRIAN HARVEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CIS140.0007

3. Attached as Exhibit 7 is a true and accurate copy of my report dated October 28, 2022. This report contains my opinions and analysis of the materials I reviewed for this case. Each of my opinions is based on a reasonable degree of certainty.

4. I was retained by Chock Barhoum, LLP, to review the police reports, video footage, and deposition testimony. Based on my review of these materials I do not believe that Officer Raethke used excessive force during his interaction with the Plaintiff, Robert Barror.

5. If called to testify at trial, I would testify consistent with my findings and analysis as outlined in my report (Exhibit 7).

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IN TRUE ANF ACCURATE.**

DATED this 20 day of November, 2022.

CHOCK BARHOUM LLP

_____
Brian Harvey