**Brian Harvey**
P.O. Box 3206, La Grande, OR 97850
(541) 519-4713

---

## EXPERT WITNESS
## SUMMARY OF QUALIFICATIONS

### USE OF FORCE/TRAINING EXPERIENCE

- 16 years as certified use of force and defensive tactics instructor.
- Lead in house use of force expert and defensive tactics instructor for three police departments
- Personally involved in hundreds of use of force incidents during 25 year career
- Supervised all use of force and survival skills training for Oregon Department of Public Safety Standards and Training (DPSST) academy
- Taught survival skills and use of force to over 1,000 officers and deputies from nearly every agency in the state.
- Taught use of force at DPSST Instructor Development Courses
- Authored DPSST Patrol Procedures curriculum
- Co-authored DPSST use of force and civil liability curriculum
- Compiled and co-authored first ever fully integrated and comprehensive use of force curriculum for statewide regional training.
- Served on Oregon Attorney General's Police Use of Deadly Force Task Force ultimately resulting in Senate Bill 111.
- Taught personal defense and safety topics to Oregon State Park Rangers, hospital employees, school employees, firefighters, EMT's and citizen groups.

### USE OF FORCE PRESENTATIONS

- Oregon District Attorney's Association 35th Annual Conference
- Oregon House Judiciary Subcommittee 2004 legislative session
- 2009 Oregon Association of Chiefs of Police and Oregon State Sheriff's Association joint DPSST Executive Training Conference
- 2010 Oregon Police Officers Association Annual Conference

### LEADERSHIP, SUPERVISION AND MANAGEMENT EXPERIENCE

- 13 years in diverse leadership, supervisory and management roles.
- Extensive experience in designing, implementing, supervising and managing employee hiring and promotion processes resulting in hiring of over 70 individuals.
- Conducted, supervised, reviewed and approved pre-employment background investigations and internal affairs investigations.
- Disciplinary processes including terminations.
- Extensive experience in managing training programs at both the municipal level and state level.
- Manage use of force investigations and reviews including use of deadly force.
- Participated in design and transition to 72 million dollar new DPSST facility. Managed Survival Skills Section transition to new facility. This was the largest infrastructure and staffing section at the statewide academy.
- Co-managed creation and implementation of new DPSST academy 16 week curriculum.

Exhibit 6
Page 1 of 3

## PROFESSIONAL EXPERIENCE

**La Grande Police Department**
La Grande, OR
<u>Chief of Police</u>                                                                 4/2009 – present
Manage all aspects of municipal police department including 911 dispatch center. Currently at 31 FTE and 3 million budget.

**Baker City Police Department**
Baker City, OR
<u>Lieutenant</u>                                                                        9/2006 – 4/2009
Second in command and responsible for managing all daily operations of full service municipal police department consisting of 16 sworn and 3 civilian employees. Act as Chief of Police in absence of Chief.

**Oregon Department of Public Safety Standards and Training (DPSST)**
Salem, OR
<u>Captain</u>                                                                            1/2004 – 9/2006
Section supervisor reporting to Assistant Training Director. Managed all aspects of Survival Skills Section at statewide law enforcement training academy. From 1/04 to 9/05 this was the largest and most diverse section of the academy with significantly challenging logistical and personnel issues. At this time the section consisted of 10 FTE and up to 158 PTE and six off campus locations. Due to the excessive size of the section and the upcoming new and expanded academy, part of the section was transferred to create the Tactical Training Section In 9/05. With the new reorganization the Survival Skills Section consisted of all firearms, building search, defensive tactics, use of force, confrontational simulation, patrol procedures and health and fitness training programs.

<u>Lieutenant</u>                                                                         4/02 - 1/04
Provided direct supervision for classes of up to 40 recruit officers while they attend the basic academy. Planned, scheduled, assigned, prioritized, reviewed and evaluated work of approximately 30 part time instructors.

<u>Survival Skills Instructor</u>                                           part-time 7/96 - 4/02
Taught defensive tactics, confrontational simulation, vehicle stops and building search to police and corrections students. Served as a lead instructor on an as needed basis which included supervising and mentoring other instructors and supervising students during classes.

**Springfield Police Department**
Springfield, OR
<u>Lead Field Training Officer/AIC Field Training Program Supervisor</u>     1998 - 2002
<u>Police Officer</u>                                                                    11/90 - 4/02
Sworn Police Officer in a very fast paced, high crime city of 55,000. Extensive experience in every aspect of police work, especially in-progress tactical situations and complex investigations. Served three years SWAT, one year detectives. Collateral assignment as AIC Watch Commander from 1998 to 2001, on an as needed basis. Supervised patrol, dispatch and records staff in all aspects of shift operations. Lead Defensive Tactics and Use

Exhibit 6
Page 2 of 3

of Force Instructor. Lead Field Training Officer.

**Prineville Police Department**
**Prineville, OR**
<u>**Police Officer**</u>                                                                              6/87 - 10/90

**Emmett Police Department**
**Emmett, ID**
<u>**Patrolman**</u>                                                                                      3/85 - 7/86

## EDUCATION

Lane Community College   Eugene, OR
   A.A.S. Apprenticeship Trades (1993)

DPSST, Oregon Police Academy Salem, OR
   Basic Police certification (1988)
   Intermediate Police certification (1993)
   Advanced Police certification (1996)
   Supervisory Police certification (2003)
   Management Police certification (2006)

3000 hours of DPSST certified training

Numerous DPSST instructor certifications including:

| | |
|---|---|
| Patrol Procedures | Firearms |
| Report Writing | Building Search |
| Civil Liability/Federal Civil Rights | Vehicle Stops |
| Use of Force | Defensive Tactics |
| Criminal Law | Confrontational Simulation |

Exhibit 6
Page 3 of 3