**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jeffrey W. Hansen, OSB No. 923290**
Email: jeff.hansen@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000
Facsimile:  503.943.3321

  Attorneys for Defendants City of Saint Helens and
  Adam Raethke

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT BARROR, | Case No.  3:20-cv-00731-SB |
| Plaintiff, | |
| v. | **DECLARATION OF JEFFREY HANSEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| CITY OF SAINT HELENS, and ADAM RAETHKE, in his individual capacity, | |
| Defendants. | |

I, Jeffrey Hansen, declare as follows:

  1. I am one of the attorneys for Defendants City of St. Helens and Officer Adam Raethke ("Defendants").  I make this Declaration in support of Defendants' Motion for Summary Judgment. This Declaration is based on personal knowledge. I am competent to testify to the matters stated herein.

2. Attached as Exhibit 1 is a true and accurate copy of Defendant Adam Raethke's deposition transcript.

3. Attached as Exhibit 2 is a true and accurate copy of Trooper Christopher Cowen's deposition transcript.

4. Attached as Exhibit 3 is a true and accurate copy of the CCOm dispatch transmitted to Officer Raethke in relation to the incident giving rise to this lawsuit.

5. Attached as Exhibit 4 is the dash cam footage of the incident, taken from the vehicle driven by the Columbia County Troopers.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IN TRUE ANF ACCURATE.**

DATED this 22nd day of November, 2022.

**CHOCK BARHOUM LLP**

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Jeffrey W. Hansen, OSB No. 923290
Email: jeff.hansen@chockbarhoum.com
Attorneys for Defendants City of Saint Helens and Adam Raethke