```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF OREGON
                    PORTLAND DIVISION


ROBERT BARROR,                  )
                                )
            Plaintiff,          )
                                )
    vs.                         ) Case No. 3:20-cv-00731-SB
                                )
CITY OF SAINT HELENS, and       )
ADAM RAETHKE, in his            )
individual capacity,            )
                                )
            Defendants.         )



              VIDEO CONFERENCE DEPOSITION OF
                TROOPER CHRISTOPHER COWEN

                    January 31, 2022
```

Exhibit 2
Page 1 of 8

```
 1          BE IT REMEMBERED That, pursuant to stipulations
 2     between the parties, the deposition of TROOPER
 3     CHRISTOPHER COWEN was taken before Anne K. Love, a
 4     Certified Shorthand Reporter for Oregon on Monday,
 5     January 31, 2022, at 1:02 p.m.; all participants
 6     appearing remotely.
 7
 8                       APPEARANCES
 9
10     Appearing in behalf of the Plaintiff:
11          MR. JUSTIN STEFFEN
            Attorney at Law
12          1500 SE Lake Rd., Suite 5
            Milwaukie, Oregon 97222
13          Phone:  971 570-9225
            E-Mail:  info@steffenlegal.com
14
15     Appearing in behalf of the Defendants:
16          CHOCK BARHOUM, LLP
            121 SW Morrison St., Suite 500
17          Portland, Oregon 97204
            By:  Mr. Jeffrey W. Hansen
18          Phone:  503 223-3000
            E-Mail:  jeff.hansen@chockbarhoum.com
19
20     Appearing in behalf of Trooper Cowen:
21          OREGON DEPARTMENT OF JUSTICE
            100 SW Market Street
22          Portland, Oregon 97201
            By:  James S. Smith
23          Phone: 503 947-4700
            E-Mail: james.s.smith@doj.state.or.us
24
25     ALSO PRESENT:   None.
```

1        TROOPER CHRISTOPHER COWEN

2   was called as a witness and, after having been first

3   duly sworn, was examined and testified via video

4   conference as follows:

5                    EXAMINATION

6   BY MR. STEFFEN:

7      Q.  Good afternoon, Trooper Cowen.  My name is

8   Justin Steffen.  I am Robert Barror's attorney and he's

9   filed a lawsuit against the City of Saint Helens

10  alleging violation of his constitutional rights.  I want

11  to be clear neither the Oregon State Police or any

12  troopers are named in the lawsuit.  They're -- you're

13  here just as a third-party witness only.

14       Do you understand that I'm here to ask you

15  questions under oath just as if you were testifying in

16  court in front of a judge?

17     A.  I do understand.

18     Q.  And I want to go over a couple of simple ground

19  rules here.  It's important that we try not to talk over

20  each other so the court reporter can make a record, so

21  please try to wait until I'm done asking a question

22  before you answer and I'll try to wait until you're done

23  with your answer before I ask my next question.  Does

24  that make sense?

25     A.  Makes sense.

1    A.  Yes, so we do basically trimesters, so three
2  times a year we go through kind of use of force either
3  scenarios or training.  So it's ongoing training with
4  the state police.
5    Q.  And does this training advocate the use of the
6  least amount of force necessary to either effect an
7  arrest or control the situation?
8    A.  As long as it's objectively reasonable force,
9  yes.  The goal is to ultimately use the least amount of
10 force -- (audio interruption).  The goal is obviously
11 making sure that the use of force -- using the least
12 amount of force necessary to overcome the resistance
13 that we're facing.
14   Q.  Let's talk about the incident with Mr. Barror.
15 Do you recall the Saint Helens Police Department
16 assisting OSP in arresting Mr. Barror on August 6, 2019?
17   A.  I do.
18   Q.  And can you please describe how you came to be
19 involved in that incident?
20   A.  Yes.  So I was riding in the passenger seat of
21 the patrol car and Trooper Travis Killens was operating
22 the patrol car.  I was Trooper Killens' field training
23 officer that day.  We were on patrol and we overheard
24 the Columbia County dispatch air traffic complaints and
25 the traffic complaint was in substance that a pickup

1   truck was traveling at a high rate of speed.  I believe
2   it was like 100 miles an hour and that the RP was
3   following, and driving in the center median of the
4   highway if I recall correctly.
5           So when we got that information we were right
6   there at the intersection of Highway 30 and Gable Road
7   in Saint Helens.  Trooper Killens turned around and we
8   ended up locating the vehicle in question at the
9   intersection of Mallard Road and Highway 30.  The
10  vehicle was traveling westbound on Highway 30 at
11  Millard.
12          I remember seeing the truck pull into the
13  right-hand dedicated only turn lane onto Millard to go
14  north, and then all of a sudden you saw the vehicle yaw
15  and make a very sharp turn and cut across all lanes of
16  traffic to head southbound on Millard.
17          At that point I knew we had probable cause for
18  reckless driving based on my observations.  And so I was
19  observing Trooper Killens.  He activated his lights and
20  siren.  And we saw a passenger car follow the Chevy
21  pickup truck.  So we ended up attempting to catch up
22  with the pickup truck.  I know the speeds were pretty
23  high.  I think at one point we were at 80 miles an hour
24  on Millard Road.
25          We witnessed the truck and passenger car that was

1   following the truck turn westbound on Ross Road, and
2   that's where we were able to overtake the passenger car
3   that was following the pickup truck and then trying to
4   close the distance with the Chevy pickup.
5       We got behind the Chevy pickup and it failed to
6   yield and ended up failing to obey the traffic control
7   device there at Ross and I believe it was Bachelor Flat
8   -- please don't quote me on that.  It ended up turning
9   kind of west/northwest-ish towards Gable, and then again
10  it -- at one point it attempted to -- we thought it was
11  going to stop because it was pulling over, and then it
12  went back onto the road.  Failed to obey a traffic
13  control device which was the stop sign there on Bachelor
14  Flat and what I believe is Gable, and then probably
15  maybe 100 yards to 200 yards is where the vehicle
16  finally stopped.
17      Q.  And then what happened?
18      A.  I remember getting out of the vehicle and we
19  ended up performing a high risk traffic stop on that
20  vehicle.  I knew my main objective was to make sure that
21  that vehicle no longer continues based on the driving
22  behavior I had seen so I ended up retrieving my spike
23  strips from the trunk of the patrol car.  And I made
24  sure that Trooper Killens was covering the driver of the
25  vehicle and I ended up deploying spike strips in front

AMY A. DALTON COURT REPORTING   (503) 267-4666

Exhibit 2
Page 6 of 8

Christopher Cowen

1   of his passenger side rear tire.  I then retreated back
2   to the passenger side of my car to continue the high
3   risk traffic stop.
4          I couldn't quite make out what the driver was
5   saying and I can't remember if it was me or Trooper
6   Killens, but we ended up calling for cover to get
7   additional units on scene.
8          Before Saint Helens arrives I could hear him say
9   something about the other vehicle that was following him
10  or what I believe that's who he was referring to had a
11  gun, so I made sure that when Saint Helens officers
12  arrived I kind of informed them of that information or
13  at least what was being alleged because my back was to
14  the other driver.
15         And then basically multiple commands were given
16  for the driver to exit the vehicle with his hands up.
17  For whatever reason he was not compliant with those
18  commands and it got to the point where it was just kind
19  of what we call an OODA loop where commands were
20  constantly being given, the same commands and nothing
21  was changing.
22         So I made the decision to take a team of three up
23  to the vehicle.  We did that at kind of an angle.  And
24  then I was giving the driver commands to keep his hands
25  up and that's when I could hear he was saying something

```
 1                      CERTIFICATE

 2

 3            I, Anne K. Love, a Certified Shorthand

 4    Reporter for Oregon, hereby certify that TROOPER

 5    CHRISTOPHER COWEN appeared before me via video

 6    conference at the time and place set forth in the

 7    caption hereof; that at said time and place I reported

 8    in stenotype all testimony adduced and other oral

 9    proceedings had in the foregoing matter; that thereafter

10    my notes were transcribed under my direction; and the

11    foregoing transcript, pages 1 to 39, both inclusive,

12    constitutes a full, true, and correct record of such

13    testimony adduced and oral proceedings had and of the

14    whole thereof.

15             Witness my hand at Milwaukie, Oregon this

16    15th day of February, 2022.

17

18            [signature: Anne K. Love]

19

20            Anne K. Love OR WA CSR

              Certified Shorthand Reporter

21            Oregon CSR No. 02-0379

              Expires: 3/31/23

22

23

24

25
```