UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT BARROR,

Plaintiff,

v.

CITY OF SAINT HELENS, and ADAM RAETHKE, in his individual capacity,

Defendants.

Case No. 3:20-cv-00731-SB

**EXHIBIT 4**

**EXHIBIT 4 WILL BE FILED CONVENTIONALLY**