**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jeffrey W. Hansen, OSB No. 923290**
Email: jeff.hansen@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000
Facsimile:  503.943.3321

Attorneys for Defendants City of Saint Helens and Adam Raethke

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT BARROR, | Case No.  3:20-cv-00731-SB |
| Plaintiff, | |
| v. | **DECLARATION OF JEFFREY HANSEN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| CITY OF SAINT HELENS, and ADAM RAETHKE, in his individual capacity, | |
| Defendants. | |

I, Jeffrey Hansen, declare as follows:

1.      I am one of the attorneys for Defendants City of St. Helens and Officer Adam Raethke ("Defendants").  I make this Declaration in support of Defendants' Motion for Summary Judgment. This Declaration is based on personal knowledge. I am competent to testify to the matters stated herein.

2. Attached as Exhibit 1 is a true and accurate copy of Defendant Adam Raethke's deposition transcript.

3. Attached as Exhibit 2 is a true and accurate copy of Trooper Christopher Cowen's deposition transcript.

4. Attached as Exhibit 3 is a true and accurate copy of the CCOm dispatch transmitted to Officer Raethke in relation to the incident giving rise to this lawsuit.

5. Attached as Exhibit 4 is the dash cam footage of the incident, taken from the vehicle driven by the Columbia County Troopers.

6. Attached as Exhibit 5 is a true and accurate copy of the 911 dispatch log for the Columbia County Sheriffs relating to the August 6, 2019 incident.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IN TRUE ANF ACCURATE.**

DATED this 20th day if January, 2023.

**CHOCK BARHOUM LLP**

_____
Jeffrey W. Hansen, OSB No. 923290
Email: jeff.hansen@chockbarhoum.com
　　　Attorneys for Defendants City of Saint Helens and Adam Raethke

**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jeffrey W. Hansen, OSB No. 923290**
Email: jeff.hansen@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
T: 503.223.3000

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT BARROR, | Case No. 3:20-cv-00731-SB |
|     Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| CITY OF SAINT HELENS, and ADAM RAETHKE, in his individual capacity, | |
|     Defendants. | |

    I hereby certify that on the 20th day of January, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered individuals.  Additionally, I hereby certify that a true copy of the foregoing **DECLARATION OF JEFFREY HANSEN IN SUPPORT OF DEFENDANTS CITY OF SAINT HELENS AND ADAM RAETHKE'S REPLY IN SUPPORT OF SUMMARY JUDGMENT** was served as stated below on:

| | |
|---|---|
| Justin Steffen<br>Steffen Legal Services, LLC<br>2100 SE Lake Road, #5<br>Milwaukie, OR 97222<br>*Attorneys for Plaintiff* | ☐ By hand delivery<br>☐ By first-class mail\*<br>☐ By overnight mail<br>☐ By facsimile transmission:<br>Fax #:<br>☒ By e-mail:<br>info@steffenlegal.com<br>☒ By U.S. District Court CM/ECF e-filing service to registered parties |

**\***With first-class postage prepaid and deposited in Portland, Oregon.

DATED this this 20th day of January, 2023.

        **CHOCK BARHOUM LLP**

        _[signature]_
        John R. Barhoum, OSB No. 045150
        Email: john.barhoum@chockbarhoum.com
        Jeffrey W. Hansen, OSB No. 923290
        Email: jeff.hansen@chockbarhoum.com
          Attorneys for Defendants City of Saint Helens and Adam Raethke