

## Columbia 9-1-1 Communications District
PO BOX 998 – St. Helens, OR 97051
503 397-7255

# CERTIFICATE OF AUTHENTICITY

Pursuant to the State of Oregon public records laws and administrative rules, the following public records were compiled and/or reproduced on 05/17/2020 as requested by and released to:

| | |
|---|---|
| Name: | Cindy Meyer |
| Agency: | Chock Barhoum LLP |
| Street Address: | 121 SW Morrison Street, Suite 500 |
| City, State Zip: | Portland, OR 97204 |
| Phone: | 503-943-2297 |
| Email: | cindy.meyer@chockbarhoum.com |

## PUBLIC RECORDS

| | |
|---|---|
| Request Number: | 20-88 |
| Request Type: | CAD Incident + Radio Traffic |
| Delivery Method: | Email / Online Portal |

| Date: 08/06/2019 | CAD Report | OP190040881, OP190040882, OP190040883 |
|---|---|---|
| | Radio Traffic | L1 & L2 Channels, Unrelated radio traffic omitted. |

Any Redactions to the CAD incident or audio recording were done to protect confidential data obtained from the Oregon Law Enforcement Data Systems (LEDS) or Protected Health Information.   Otherwise, the public record provided accurately reflects the original CAD and/or audio and no changes, additions or deletions were made.

Date Received:        05/07/2020

Processed By:  Kirby Focht

Exhibit 3
Page 1 of 17

EXHIBIT 3, Page 1 of 17

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **OP190040881**
Case Numbers:
Incident Date: **8/6/2019 12:30:48**
Report Generated: **5/17/2020 19:21:29**

| | | | |
|---|---|---|---|
| **Incident Type:** | TRAFFIC | **Alarm Level:** | |
| **Priority:** | P3 | **Problem:** | TRF - TRAFFIC COMP |
| **Determinant:** | | **Agency:** | PD |
| **Base Response#:** | | **Jurisdiction:** | Columbia PD |
| **Confirmation#:** | | **Division:** | Columbia County Sheriff |
| **Taken By:** | DURAN, Employee | **Battalion:** | ColSO |
| **Response Area:** | O STS \| O SFD 34 \| 1 | **Response Plan:** | CCSO |
| **Disposition:** | Q4 - INFORMATION ONLY | **Command Ch:** | |
| **Cancel Reason:** | | **Primary TAC:** | |
| **Incident Status:** | Closed | **Secondary TAC:** | |
| **Certification:** | PD Call | **Delay Reason (if any):** | |
| **Longitude:** | 122863868 | **Latitude:** | 45800458 |
| | | | |
| **Location Name:** | CRH MP 24 (O SCA CRH) | **County:** | COLUMBIA O |
| **Address:** | Crh Mp 24 | **Location Type:** | Other |
| **Apartment:** | | **Cross Street:** | TARBELL RD/POLLARD DR |
| **Building:** | | **Map Reference:** | 5534 |
| **City, State, Zip:** | SCAPPOOSE OR 97056 | | |

**VEHICLE 1**

| | | | |
|---|---|---|---|
| **License:** | DMV - OR - Passenger Car | **Plate Year:** | 2019 |

| | | | |
|---|---|---|---|
| **Caller Name:** | SPRINT 800-877-7330 | | |
| **Method Received:** | | **Call Back Phone:** | 503-888-2008 |
| **Caller Type:** | | **Caller Location:** | 3700 SE HIGH SCHOOL WAY - N SECTOR |
| **Caller Address:** | | **Caller Location Phone:** | |
| **Caller Building:** | | **Caller Apartment:** | |
| **Caller City, State, Zip:** | | **Caller County:** | |

| Description | Date | Time | User | Description | Time |
|---|---|---|---|---|---|
| **Phone Pickup** | 8/6/2019 | 12:30:48 | | | |
| **1st Key Stroke** | 8/6/2019 | 12:30:48 | | Received to In Queue | 00:01:22 |
| **In Waiting Queue** | 8/6/2019 | 12:32:10 | | Call Taking | |
| **Call Taking Complete** | 8/6/2019 | 12:32:10 | DURAN, Employee | In Queue to 1st Assign | 00:02:08.9 |
| **1st Unit Assigned** | 8/6/2019 | 12:34:18 | | Call Received to 1st Assign | 00:03:30.9 |
| **1st Unit Enroute** | | | | Assigned to 1st Enroute | |
| **1st Unit Arrived** | | | | Enroute to 1st Arrived | |
| **Closed** | 8/6/2019 | 12:34:22 | COMFORT, Employe | Incident Duration | 00:03:34 |

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSP1 | Y | 12:34:18 | Q4 - INFORMATION | | | | | | 12:34:22 | | | |

Exhibit 3
Page 2 of 17

EXHIBIT 3, Page 2 of 17

ONLY

**No Personnel Assigned**

**No Caution Notes found**

**No Pre-Scheduled Information**

**No Transports Information**

**No Transports Information**

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 8/6/2019 | 12:31:15 | 59765 | Response | | [1] VEH// GRY CHEV SILVERADO |
| 8/6/2019 | 12:31:27 | 59765 | Response | | [2] OR// DMV |
| 8/6/2019 | 12:32:01 | 59765 | Response | | [3] WB |
| 8/6/2019 | 12:32:24 | 59765 | Response | | [4] TX TO OSP |
| 8/6/2019 | 12:32:31 | 49640 | Response | Y | [5] [Query] , 01. QRS - Veh by PlateOrVIN: DMV |
| 8/6/2019 | 12:32:31 | 49640 | Response | Y | [6] [Query] , 03. RQ - NLETS Vehicle Reg: OR, DMV ,2019,PC |
| 8/6/2019 | 12:32:58 | 59765 | Response | | [7] GOING 100 MPH |
| 8/6/2019 | 12:33:36 | 59765 | Response | | [8] PASSING IN CENTER LANE |
| 8/6/2019 | 12:33:50 | 59765 | Response | | [9] JUST PASSED OLD PORTLAND RD |
| 8/6/2019 | 12:34:13 | 49640 | Response | | [10] genb |
| 8/6/2019 | 12:34:41 | 53916 | Response | | [11] 1522 ADVISED TURNED ON MILLARD |
| 8/6/2019 | 12:35:03 | 53916 | Response | | [12] 80 MPH DOT/DIVISION RD |
| 8/6/2019 | 12:35:16 | 53916 | Response | | [13] Incident linked to [PD] [OP190040882] |
| 8/6/2019 | 12:35:30 | 53916 | Response | | [14] ***NB ROSS RD SPEEDS/60 MPH [Shared] |
| 8/6/2019 | 12:35:34 | 53916 | Response | | [15] PASSED SILB PASS CAR [Shared] |
| 8/6/2019 | 12:35:56 | 53916 | Response | | [16] STOPPING BACH FLAT [Shared] |
| 8/6/2019 | 12:36:01 | 49640 | Response | | [17] 1522 stopping bach flat [Shared] |
| 8/6/2019 | 12:36:29 | 49640 | Response | | [18] turning onto bach flat [Shared] |
| 8/6/2019 | 12:38:09 | 49640 | Response | | [19] 1522 poss gun pulled on fe [Shared] |
| 8/6/2019 | 12:38:21 | 49640 | Response | | [20] pulled over bach flat near fairgrounds [Shared] |
| 8/6/2019 | 12:39:13 | 49640 | Response | | [21] 719:challenging driver [Shared] |
| 8/6/2019 | 12:39:57 | 49640 | Response | | [22] 711: one detained - male [Shared] |
| 8/6/2019 | 12:41:05 | 49640 | Response | | [23] Secondary Location for 715: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:41:13 | 49640 | Response | | [24] Secondary Location for 711: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:41:20 | 59765 | Response | | [25] OSP REQ CODE 1 MEDICS [Shared] |
| 8/6/2019 | 12:41:52 | 39404 | Response | | [26] [PD] has closed their incident [OP190040883] |
| 8/6/2019 | 12:42:11 | 49640 | Response | | [27] Secondary Location for 719: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:42:16 | 53916 | Response | | [28] Secondary Location for 702: BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS,OR 97051 [Shared] |
| 8/6/2019 | 12:42:16 | 53916 | Response | | [29] Backed up 711 with 702 [Shared] |
| 8/6/2019 | 12:42:40 | 49640 | Response | | [30] 719: we are o/w the chev sil that osp stopped DMV [Shared] |
| 8/6/2019 | 12:42:57 | 59765 | Response | | [31] Multi-Agency FD Incident #: OF190005904 |
| 8/6/2019 | 12:43:37 | ZetronM25 | Response | | [32] 476 Alerted at 8/6/2019 12:43:37 for M476 [Shared] |
| 8/6/2019 | 12:44:17 | 49640 | Response | | [33] Secondary Location for 707: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:44:38 | ZetronM25 | Response | | [34] 471 Alerted at 8/6/2019 12:44:38 for M471 [Shared] |
| 8/6/2019 | 12:45:41 | 49640 | Response | | [35] 719: eb lane of bach blocked off at summit view - lane opn enough to let medics through [Shared] |
| 8/6/2019 | 12:48:52 | 49640 | Response | | [36] 719: detainee BARROR [Shared] |
| 8/6/2019 | 13:08:15 | JL | Response | | [37] [FD] has closed their incident [OF190005904] |

Exhibit 3
Page 3 of 17

EXHIBIT 3, Page 3 of 17

**No Address Changes**

**No Priority Changes**

**No Alarm Level Changes**

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 8/6/2019 | 12:32:11 | | ANI/ALI Statistics | | INT Insert:Aug 06 2019 12:30:48 / INT SendNP:Aug 06 2019 12:30:47 / WS RecvNP:Aug 06 2019 12:30:47 / WS Process:Aug 06 2019 12:32:11 | 59765 |
| 8/6/2019 | 12:32:16 | | Read Incident | | Incident 931 was Marked as Read. | 49640 |
| 8/6/2019 | 12:32:30 | | Supplemental Information | Crh Mp 24 | Supplemental Vehicle record 733796 was added for license plate DMV | 49640 |
| 8/6/2019 | 12:32:30 | | License Plate | Crh Mp 24 | Plate Number DMV has been added. | 49640 |
| 8/6/2019 | 12:32:31 | | [Query] | | [Query] 01. QRS - Veh by PlateOrVIN: DMV | 49640 |
| 8/6/2019 | 12:32:31 | | [Query] | | [Query] 03. RQ - NLETS Vehicle Reg: OR, DMV ,2019,PC | 49640 |
| 8/6/2019 | 12:34:18 | OSP1 | Dispatched | Crh Mp 24 [CRH MP 24 (O SCA CRH)] | | 49640 |
| 8/6/2019 | 12:34:18 | OSP1 | Update Sector | Crh Mp 24 | From Sector COP to FAM | 49640 |
| 8/6/2019 | 12:34:22 | OSP1 | Disposition | CRH MP 24 (O SCA CRH) | Q4 - INFORMATION ONLY | 49640 |
| 8/6/2019 | 12:34:22 | OSP1 | Available | Crh Mp 24 [CRH MP 24 (O SCA CRH)] | Unit Cleared From Incident OP190040881 | 49640 |
| 8/6/2019 | 12:34:22 | OSP1 | Response Closed | CRH MP 24 (O SCA CRH) | Response Disposition: Q4 - INFORMATION ONLY | 49640 |
| 8/6/2019 | 12:34:26 | | UserAction | | User clicked Exit/Save | 59765 |
| 8/6/2019 | 12:34:28 | | UserAction | | User clicked Exit/Save | 49640 |
| 8/6/2019 | 12:35:16 | | Linked Incident | | Incident link created from [PD] Inc # [OP190040882] | 53916 |
| 8/6/2019 | 13:56:01 | | UserAction | | User clicked Exit/Save | 53916 |
| 8/6/2019 | 16:05:03 | | Read Incident | | Incident 931 was Marked as Read. | 53916 |
| 8/7/2019 | 17:00:57 | | UserAction | | User clicked Exit/Save | 56804 |

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 8/6/2019 | 12:30:48 | Call_Back_Phone | | 503-888-2008 | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:05 | Address | (Blank) | (Blank) | New Entry | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:29 | Problem | | TRF - TRAFFIC COMP | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:29 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:29 | Priority_Description | | P3 | | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:29 | Priority_Number | 0 | 3 | | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:29 | Incident_Type | | TRAFFIC | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:29 | Certification_Level | | PD Call | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:38 | Address | (Blank) | FULLERTON/HWY | New Entry | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:56 | Latitude | 0 | 45791876 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | C911-5 | 59765 |

| Date | Time | Field | Old Value | New Value | Change Type | Table | User | ID |
|---|---|---|---|---|---|---|---|---|
| 8/6/2019 | 12:31:56 | Longitude | 0 | 122869195 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:56 | Address | FULLERTON/HWY | FULLERTON RD / COLUMBIA RIVER HWY | Entry Selected/Returned from GeoLocator | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:57 | City | | WARREN | Updated City | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:57 | Jurisdiction | | Columbia PD | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:57 | Division | | Columbia County Sheriff | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:57 | Battalion | | ColSO | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:57 | Response_Area | | O STS \| O SFD 34 \| 1 | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:57 | Response_Plan | | CCSO | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:57 | DispatchLevel | | PD ROUTINE | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:31:57 | ResponsePlanType | 0 | 1 | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:05 | Address | (Blank) | MP 24 | New Entry | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:09 | Jurisdiction | | Columbia PD | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:09 | Division | | Columbia County Sheriff | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:09 | Battalion | | ColSO | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:09 | Response_Area | | O STS \| O SFD 34 \| 1 | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:09 | Response_Plan | | CCSO | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:09 | ResponsePlanType | 0 | 1 | (Response Viewer) | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:09 | Address | MP 24 | CRH MP 24 | Premise Verified | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:09 | City | | SCAPPOOSE | Updated City | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:09 | Latitude | 45791876 | 45800458 | Premise Verified | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:09 | Longitude | 122869195 | 122863868 | Premise Verified | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:12 | Pickup_Map_Info | | 5534 | | Response_Transports | C911-5 | 59765 |
| 8/6/2019 | 12:32:12 | Map_Info | | 5534 | | Response_Master_Incident | C911-5 | 59765 |
| 8/6/2019 | 12:32:16 | Read Call | False | True | (Response Viewer) | Response_Master_Incident | C911-4 | 49640 |

**No Custom Time Stamps**

**No Custom Data Fields**

**No Attachment**

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| DMV | **1** (1)<br>**2** (4)<br>**3** (4) | Department of Motor Vehicles (DMV): Oregon Motor Vehicle and Driver Records: Oregon motor vehicle registration and driving records are the responsibility of the Oregon Department of Transportation, Driver and Motor Vehicle Services Branch (DMV). Government agencies in Oregon have access to these records via LEDS for authorized criminal justice purposes and for licensing, employment and regulatory purposes specifically authorized by State Law and approved in writing by DMV. Communication, dissemination, or use of this information for other than authorized purposes is prohibited. |
| Employee | **1** (3) | Our CAD system identifies employees transactions within the system with their full name. We have chosen to redact their first names for privacy reasons. |

Exhibit 3
Page 6 of 17

EXHIBIT 3, Page 6 of 17

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **OP190040882**
Case Numbers:
Incident Date: **8/6/2019 12:35:08**
Report Generated: **5/17/2020 19:22:25**

| | | | |
|---|---|---|---|
| **Incident Type:** | 1 OFFICER BEAT | **Alarm Level:** | |
| **Priority:** | P3 | **Problem:** | AOA - ASSIST AGENCY |
| **Determinant:** | | **Agency:** | PD |
| **Base Response#:** | | **Jurisdiction:** | Columbia PD |
| **Confirmation#:** | | **Division:** | Columbia County Sheriff |
| **Taken By:** | COMFORT, Employe | **Battalion:** | ColSO |
| **Response Area:** | O STS \| O CRFR 71 \|\|\| 1 | **Response Plan:** | CCSO |
| **Disposition:** | W8 - ASSIST COMPLETED | **Command Ch:** | |
| **Cancel Reason:** | | **Primary TAC:** | |
| **Incident Status:** | Closed | **Secondary TAC:** | |
| **Certification:** | PD Call | **Delay Reason (if any):** | |
| **Longitude:** | 122837545 | **Latitude:** | 45838989 |
| **Location Name:** | | **County:** | COLUMBIA O |
| **Address:** | Columbia River Hwy / Millard Rd | **Location Type:** | |
| **Apartment:** | | **Cross Street:** | |
| **Building:** | | **Map Reference:** | 5835C |
| **City, State, Zip:** | WARREN OR 97051 | | |

**PERSON 1**
| | | | |
|---|---|---|---|
| **Name:** | barror robert f | **DOB:** | 02/17/1960 |
| **Address:** | OR | | |

**PERSON 2**
| | | | |
|---|---|---|---|
| **Name:** | cainsims samantha j | **DOB:** | 07/13/1994 |
| **Address:** | OR | | |

**VEHICLE 1**
| | | | |
|---|---|---|---|
| **License:** | DMV - OR - Passenger Car | **Plate Year:** | 2019 |

**VEHICLE 2**
| | | | |
|---|---|---|---|
| **License:** | DMV - OR - Passenger Car | **Plate Year:** | 2019 |

**Caller Name:**
**Method Received:**                                    **Call Back Phone:**
**Caller Type:**                                        **Caller Location:**
**Caller Address:**                                     **Caller Location Phone:**
**Caller Building:**                                    **Caller Apartment:**
**Caller City, State, Zip:**                            **Caller County:**

| Description | Date | Time | User | Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 8/6/2019 | 12:35:08 | | | |
| 1st Key Stroke | 8/6/2019 | 12:35:08 | | Received to In Queue | 00:00:00 |

Exhibit 3
Page 7 of 17

EXHIBIT 3, Page 7 of 17

| | | | | | |
|---|---|---|---|---|---|
| In Waiting Queue | 8/6/2019 | 12:35:08 | | Call Taking | 00:00:00 |
| Call Taking Complete | 8/6/2019 | 12:35:08 | COMFORT, Employe | In Queue to 1st Assign | 00:00:00 |
| 1st Unit Assigned | 8/6/2019 | 12:35:08 | | Call Received to 1st Assign | 00:00:00 |
| 1st Unit Enroute | 8/6/2019 | 12:35:08 | | Assigned to 1st Enroute | 00:00:00 |
| 1st Unit Arrived | 8/6/2019 | 12:35:08 | | Enroute to 1st Arrived | 00:00:00 |
| Closed | 8/6/2019 | 13:22:31 | Mobile1 | Incident Duration | 00:47:23 |

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 715 | Y | 12:35:08 | | 12:35:13 | | 12:35:08 | | | 13:13:04 | | | |
| 719 | N | 12:35:49 | R1 - ORIGINAL REPORT | 12:36:13 | | | | | 13:12:54 | | | |
| 711 | N | 12:36:08 | | 13:22:19 | | | | | 13:22:31 | | | |
| 825 | N | 12:36:36 | | 12:36:40 | | | | | 12:42:38 | | | |
| 702 | N | 12:42:16 | W8 - ASSIST COMPLETED | | | | | | 12:51:21 | | | |
| 707 | N | 12:44:08 | W8 - ASSIST COMPLETED | | | | | | 12:51:14 | | | |

| Unit | Name |
|---|---|
| 715 | HOWELL, JEREMY (37596) |
| 719 | RAETHKE, ADAM (57140) |
| 711 | GASTON, DYLAN (47909) |
| 825 | PESIO, CODY (54188) |

**No Caution Notes found**

**No Pre-Scheduled Information**

**No Transports Information**

**No Transports Information**

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 8/6/2019 | 12:35:16 | 53916 | Response | | [1] Incident linked to [PD] [OP190040881] |
| 8/6/2019 | 12:35:30 | 53916 | Response | | [2] ***NB ROSS RD SPEEDS/60 MPH [Shared] |
| 8/6/2019 | 12:35:34 | 53916 | Response | | [3] PASSED SILB PASS CAR [Shared] |
| 8/6/2019 | 12:35:56 | 53916 | Response | | [4] STOPPING BACH FLAT [Shared] |
| 8/6/2019 | 12:36:01 | 49640 | Response | | [5] 1522 stopping bach flat [Shared] |
| 8/6/2019 | 12:36:29 | 49640 | Response | | [6] turning onto bach flat [Shared] |
| 8/6/2019 | 12:38:09 | 49640 | Response | | [7] 1522 poss gun pulled on fe [Shared] |
| 8/6/2019 | 12:38:21 | 49640 | Response | | [8] pulled over bach flat near fairgrounds [Shared] |
| 8/6/2019 | 12:38:41 | 49640 | Response | Y | [9] [Query] , 01. QRS - Veh by PlateOrVIN: DMV |
| 8/6/2019 | 12:38:41 | 49640 | Response | Y | [10] [Query] , 03. RQ - NLETS Vehicle Reg: OR, DMV ,2019,PC |
| 8/6/2019 | 12:38:49 | 49640 | Response | Y | [11] [Query] , 01. QRS - Veh by PlateOrVIN: DMV |
| 8/6/2019 | 12:38:49 | 49640 | Response | Y | [12] [Query] , 03. RQ - NLETS Vehicle Reg: OR, DMV ,2019,PC |
| 8/6/2019 | 12:39:13 | 49640 | Response | | [13] 719:challenging driver [Shared] |
| 8/6/2019 | 12:39:57 | 49640 | Response | | [14] 711: one detained - male [Shared] |
| 8/6/2019 | 12:41:00 | 39404 | Response | | [15] Incident linked to [PD] [OP190040883] |
| 8/6/2019 | 12:41:05 | 49640 | Response | | [16] Secondary Location for 715: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:41:13 | 49640 | Response | | [17] Secondary Location for 711: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:41:20 | 59765 | Response | | [18] OSP REQ CODE 1 MEDICS [Shared] |

Exhibit 3
Page 8 of 17

EXHIBIT 3, Page 8 of 17

| Date | Time | Radio | Activity | Log Entry |
|---|---|---|---|---|
| 8/6/2019 | 12:41:52 | 39404 | Response | [19] [PD] has closed their incident [OP190040883] |
| 8/6/2019 | 12:42:11 | 49640 | Response | [20] Secondary Location for 719: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:42:16 | 53916 | Response | [21] Secondary Location for 702: BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS,OR 97051 [Shared] |
| 8/6/2019 | 12:42:16 | 53916 | Response | [22] Backed up 711 with 702 [Shared] |
| 8/6/2019 | 12:42:40 | 49640 | Response | [23] 719: we are o/w the chev sil that osp stopped DMV [Shared] |
| 8/6/2019 | 12:42:57 | 59765 | Response | [24] Multi-Agency FD Incident #: OF190005904 |
| 8/6/2019 | 12:43:13 | 49640 | Response Y | [25] [Query] 719, 01. QDW-Wanted Person/Driving: barror,robert,f,02171960 |
| 8/6/2019 | 12:43:13 | 49640 | Response Y | [26] [Query] 719, 03. DQ - NLETS Driver Rec: OR,barror,robert,f,02171960,N |
| 8/6/2019 | 12:43:37 | ZetronM25 | Response | [27] 476 Alerted at 8/6/2019 12:43:37 for M476 [Shared] |
| 8/6/2019 | 12:43:51 | 49640 | Response Y | [28] [Query] 719, 01. QDW-Wanted Person/Driving: cainsims,samantha,j,07131994 |
| 8/6/2019 | 12:43:51 | 49640 | Response Y | [29] [Query] 719, 03. DQ - NLETS Driver Rec: OR,cainsims,samantha,j,07131994,N |
| 8/6/2019 | 12:44:17 | 49640 | Response | [30] Secondary Location for 707: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:44:29 | 49640 | Response Y | [redacted — DMV] |
| 8/6/2019 | 12:44:38 | ZetronM25 | Response | [32] 471 Alerted at 8/6/2019 12:44:38 for M471 [Shared] |
| 8/6/2019 | 12:44:44 | 49640 | Response Y | [redacted — DMV] |
| 8/6/2019 | 12:45:41 | 49640 | Response | [34] 719: eb lane of bach blocked off at summit view - lane opn enough to let medics through [Shared] |
| 8/6/2019 | 12:48:52 | 49640 | Response | [35] 719: detainee BARROR [Shared] |
| 8/6/2019 | 13:08:15 | JL | Response | [36] [FD] has closed their incident [OF190005904] |
| 8/6/2019 | 13:22:21 | GASTON, DYLAN | Response Y | [37] Secondary Location for 711: Columbia River Hwy / Millard Rd,WARREN,OR 97051 |

**No Address Changes**

**No Priority Changes**

**No Alarm Level Changes**

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 8/6/2019 | 12:35:11 | 715 | Arrived | Columbia River Hwy / Millard Rd | | 49640 |
| 8/6/2019 | 12:35:13 | 715 | Enroute | Columbia River Hwy / Millard Rd | Responding From = Columbia River Hwy / Millard Rd. | 49640 |
| 8/6/2019 | 12:35:16 | 715 | Linked Incident | | Incident link created for [PD] Inc # [OP190040881] | 53916 |
| 8/6/2019 | 12:35:36 | | Read Incident | | Incident 943 was Marked as Read. | 53916 |
| 8/6/2019 | 12:35:49 | 719 | Dispatched | Columbia River Hwy / Millard Rd | | 49640 |
| 8/6/2019 | 12:35:49 | 719 | Update Sector | Columbia River Hwy / Millard Rd | From Sector COP to FAM | 49640 |
| 8/6/2019 | 12:36:08 | 711 | Dispatched | Columbia River Hwy / | | 49640 |

Exhibit 3
Page 9 of 17

EXHIBIT 3, Page 9 of 17

| Date | Time | Unit | Action | Location | Details | Code |
|---|---|---|---|---|---|---|
| | | | | Millard Rd | | |
| 8/6/2019 | 12:36:08 | 711 | Update Sector | Columbia River Hwy / Millard Rd | From Sector COP to FAM | 49640 |
| 8/6/2019 | 12:36:11 | 711 | Enroute | Columbia River Hwy / Millard Rd | Responding From = OLD PORTLAND RD\S 17TH ST. | 49640 |
| 8/6/2019 | 12:36:13 | 719 | Enroute | Columbia River Hwy / Millard Rd | Responding From = OLD PORTLAND RD\KASTER RD. | 49640 |
| 8/6/2019 | 12:36:36 | 825 | Dispatched | Columbia River Hwy / Millard Rd | | 49640 |
| 8/6/2019 | 12:36:36 | 825 | Update Sector | Columbia River Hwy / Millard Rd | From Sector COP to FAM | 49640 |
| 8/6/2019 | 12:36:40 | 825 | Enroute | Columbia River Hwy / Millard Rd | Responding From = 75942 Larson Rd [BEAVER VALLEY GRANGE (O RAI LARSON)]. | 49640 |
| 8/6/2019 | 12:38:41 | | [Query] | | [Query] 01. QRS - Veh by PlateOrVIN: DMV | 49640 |
| 8/6/2019 | 12:38:41 | | [Query] | | [Query] 03. RQ - NLETS Vehicle Reg: OR, DMV ,2019,PC | 49640 |
| 8/6/2019 | 12:38:41 | | Supplemental Information | Columbia River Hwy / Millard Rd | Supplemental Vehicle record 733809 was added for license plate DMV | 49640 |
| 8/6/2019 | 12:38:41 | | License Plate | Columbia River Hwy / Millard Rd | Plate Number DMV has been added. | 49640 |
| 8/6/2019 | 12:38:48 | | Supplemental Information | Columbia River Hwy / Millard Rd | Supplemental Vehicle record 733810 was added for license plate DMV | 49640 |
| 8/6/2019 | 12:38:48 | | License Plate | Columbia River Hwy / Millard Rd | Plate Number DMV has been added. | 49640 |
| 8/6/2019 | 12:38:49 | | [Query] | | [Query] 01. QRS - Veh by PlateOrVIN: DMV | 49640 |
| 8/6/2019 | 12:38:49 | | [Query] | | [Query] 03. RQ - NLETS Vehicle Reg: OR, DMV ,2019,PC | 49640 |
| 8/6/2019 | 12:39:22 | | UserAction | | User clicked Exit/Save | 39404 |
| 8/6/2019 | 12:41:00 | | Linked Incident | | Incident link created from [PD] Inc # [OP190040883] | 39404 |
| 8/6/2019 | 12:41:05 | 715 | Responding 2nd Loc | BACHELOR FLAT RD / SUMMIT VIEW DR | Incident ID = 2389943, 45850701, 122852276, | 49640 |
| 8/6/2019 | 12:41:14 | 711 | Responding 2nd Loc | BACHELOR FLAT RD / SUMMIT VIEW DR | Incident ID = 2389943, 45850701, 122852276, | 49640 |
| 8/6/2019 | 12:41:20 | 711 | At Scene 2nd Location | BACHELOR FLAT RD / SUMMIT VIEW DR | Incident ID = 2389943, 45.850701, -122.852276, , | 49640 |
| 8/6/2019 | 12:41:54 | | UserAction | | User clicked Exit/Save | 39404 |
| 8/6/2019 | 12:42:11 | 719 | Responding 2nd Loc | BACHELOR FLAT RD / SUMMIT VIEW DR | Incident ID = 2389943, 45850701, 122852276, | 49640 |
| 8/6/2019 | 12:42:16 | 702 | Dispatched | Columbia River Hwy / Millard Rd | | 53916 |
| 8/6/2019 | 12:42:16 | 702 | Update Sector | Columbia River Hwy / Millard Rd | From Sector COP to FAM | 53916 |
| 8/6/2019 | 12:42:16 | 702 | Responding 2nd Loc | BACHELOR FLAT RD / SUMMIT VIEW DR | Incident ID = 2389943, 45.850701, -122.852276, , | 53916 |
| 8/6/2019 | 12:42:16 | 711 | Unit Backed up | BACHELOR FLAT RD\SUMMIT VIEW DR | Backed up with 702 | 53916 |
| 8/6/2019 | 12:42:17 | 719 | At Scene 2nd Location | BACHELOR FLAT RD / SUMMIT VIEW DR | Incident ID = 2389943, 45.850701, -122.852276, , | 49640 |
| 8/6/2019 | 12:42:38 | 825 | Available | Columbia River Hwy / Millard Rd | Unit Cleared From Incident OP190040882 | 39404 |
| 8/6/2019 | 12:42:57 | | MultiAgencyResponse | | Generated Inc: FD Inc#OF190005904 | 59765 |
| 8/6/2019 | 12:43:13 | 719 | [Query] | | [Query] 01. QDW-Wanted Person/Driving: barror,robert,f,02171960 | 49640 |

Exhibit 3
Page 10 of 17
EXHIBIT 3, Page 10 of 17

| Date | Time | Unit | Action | Location | Details | ID |
|---|---|---|---|---|---|---|
| 8/6/2019 | 12:43:13 | 719 | [Query] | | [Query] 03. DQ - NLETS Driver Rec: OR,barror,robert,f,02171960,N | 49640 |
| 8/6/2019 | 12:43:13 | | Supplemental Information | Columbia River Hwy / Millard Rd | Supplemental Person record 707889 - was added for robert barror | 49640 |
| 8/6/2019 | 12:43:51 | 719 | [Query] | | [Query] 01. QDW-Wanted Person/Driving: cainsims,samantha,j,07131994 | 49640 |
| 8/6/2019 | 12:43:51 | 719 | [Query] | | [Query] 03. DQ - NLETS Driver Rec: OR,cainsims,samantha,j,07131994,N | 49640 |
| 8/6/2019 | 12:43:51 | | Supplemental Information | Columbia River Hwy / Millard Rd | Supplemental Person record 707890 - was added for samantha cainsims | 49640 |
| 8/6/2019 | 12:44:08 | 707 | Dispatched | Columbia River Hwy / Millard Rd | | 49640 |
| 8/6/2019 | 12:44:08 | 707 | Update Sector | Columbia River Hwy / Millard Rd | From Sector COP to FAM | 49640 |
| 8/6/2019 | 12:44:17 | 707 | Responding 2nd Loc | BACHELOR FLAT RD / SUMMIT VIEW DR | Incident ID = 2389943, 45850701, 122852276, | 49640 |
| 8/6/2019 | 12:44:21 | 707 | At Scene 2nd Location | BACHELOR FLAT RD / SUMMIT VIEW DR | Incident ID = 2389943, 45.850701, -122.852276, , | 49640 |
| 8/6/2019 | 12:44:52 | 702 | At Scene 2nd Location | BACHELOR FLAT RD / SUMMIT VIEW DR | Incident ID = 2389943, 45.850701, -122.852276, , | 49640 |
| 8/6/2019 | 12:44:57 | 715 | At Scene 2nd Location | BACHELOR FLAT RD / SUMMIT VIEW DR | Incident ID = 2389943, 45.850701, -122.852276, , | 49640 |
| 8/6/2019 | 12:48:53 | | UserAction | | User clicked Exit/Save | 49640 |
| 8/6/2019 | 12:51:14 | 707 | Available | Columbia River Hwy / Millard Rd | Unit Cleared From Incident OP190040882 | 49640 |
| 8/6/2019 | 12:51:21 | | Incident Late | | Active incident marked as late | |
| 8/6/2019 | 12:51:21 | 702 | Available | Columbia River Hwy / Millard Rd | Unit Cleared From Incident OP190040882 | 49640 |
| 8/6/2019 | 12:51:28 | 711 | Reset System Timer | BACHELOR FLAT RD\SUMMIT VIEW DR | [Timer] Reset System Timer [Reset Reason] Status Check [Next Late Check Time] 8/6/2019 12:56:28 | 49640 |
| 8/6/2019 | 12:52:18 | | Incident Late | | Active incident marked as late | |
| 8/6/2019 | 12:55:10 | 715 | Reset System Timer | BACHELOR FLAT RD\SUMMIT VIEW DR | [Timer] Reset System Timer [Reset Reason] Status Check [Next Late Check Time] 8/7/2019 12:54:10 | 49640 |
| 8/6/2019 | 12:55:12 | | UserAction | | User clicked Exit/Save | 49640 |
| 8/6/2019 | 12:55:12 | 719 | Reset System Timer | BACHELOR FLAT RD\SUMMIT VIEW DR | [Timer] Reset System Timer [Reset Reason] Status Check [Next Late Check Time] 8/7/2019 12:54:10 | 49640 |
| 8/6/2019 | 12:56:28 | | Incident Late | | Active incident marked as late | |
| 8/6/2019 | 12:56:57 | 711 | Reset System Timer | BACHELOR FLAT RD\SUMMIT VIEW DR | [Timer] Reset System Timer [Reset Reason] Status Check [Next Late Check Time] 8/6/2019 13:01:57 | 49640 |
| 8/6/2019 | 12:59:54 | | UserAction | | User clicked Exit/Save | 59765 |
| 8/6/2019 | 13:01:57 | | Incident Late | | Active incident marked as late | |
| 8/6/2019 | 13:02:42 | 711 | Reset System Timer | BACHELOR FLAT RD\SUMMIT VIEW DR | [Timer] Reset System Timer [Reset Reason] Status Check [Next Late Check Time] 8/7/2019 13:01:42 | 49640 |
| 8/6/2019 | 13:12:54 | 719 | Available | Columbia River Hwy / Millard Rd | Unit Cleared From Incident OP190040882 | 719 |
| 8/6/2019 | 13:13:04 | 715 | Available | Columbia River Hwy / Millard Rd | Unit Cleared From Incident OP190040882 | 715 |
| 8/6/2019 | 13:22:19 | 711 | Enroute | Columbia River Hwy / Millard Rd | Responding From = COLUMBIA BLVD\OAK GLEN DR. | 711 |
| 8/6/2019 | 13:22:31 | 711 | Available | Columbia River Hwy / Millard Rd | Unit Cleared From Incident OP190040882 | 711 |
| 8/6/2019 | 13:22:33 | 711 | Response Closed | Columbia River Hwy / Millard Rd | Response Disposition: W8 - ASSIST COMPLETED | 711 |
| 8/6/2019 | 13:55:55 | | UserAction | | User clicked Exit/Save | 53916 |

Exhibit 3
Page 11 of 17

EXHIBIT 3, Page 11 of 17

| Date | Time | | Field | | | | |
|------|------|---|-------|---|---|---|---|
| 8/7/2019 | 07:06:30 | UserAction | | | User clicked Exit/Save | | 46259 |

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|------|------|-------|--------------|------------|--------|-------|-------------|------|
| 8/6/2019 | 12:35:09 | Pickup_Map_Info | | 5835C | | Response_Transports | C911-4 | 49640 |
| 8/6/2019 | 12:35:09 | Map_Info | | 5835C | | Response_Master_Incident | C911-4 | 49640 |
| 8/6/2019 | 12:35:36 | Read Call | False | True | (Response Viewer) | Response_Master_Incident | C911-2 | 53916 |

**No Custom Time Stamps**

**No Custom Data Fields**

**No Attachment**

Exhibit 3
Page 12 of 17

EXHIBIT 3, Page 12 of 17

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| DMV | **1** (2)<br>**2** (4)<br>**3** (3)<br>**4** (8) | Department of Motor Vehicles (DMV): Oregon Motor Vehicle and Driver Records: Oregon motor vehicle registration and driving records are the responsibility of the Oregon Department of Transportation, Driver and Motor Vehicle Services Branch (DMV). Government agencies in Oregon have access to these records via LEDS for authorized criminal justice purposes and for licensing, employment and regulatory purposes specifically authorized by State Law and approved in writing by DMV. Communication, dissemination, or use of this information for other than authorized purposes is prohibited. |
| Employee | **1** (1)<br>**2** (1) | Our CAD system identifies employees transactions within the system with their full name. We have chosen to redact their first names for privacy reasons. |

Exhibit 3
Page 13 of 17

EXHIBIT 3, Page 13 of 17

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **OP190040883**
Case Numbers:
Incident Date: **8/6/2019 12:36:12**
Report Generated: **5/17/2020 19:23:00**

| | | | |
|---|---|---|---|
| **Incident Type:** | 1 OFFICER BEAT | **Alarm Level:** | |
| **Priority:** | P3 | **Problem:** | AOA - ASSIST AGENCY |
| **Determinant:** | | **Agency:** | PD |
| **Base Response#:** | | **Jurisdiction:** | Columbia PD |
| **Confirmation#:** | | **Division:** | Columbia County Sheriff |
| **Taken By:** | VAUGHN, Empl | **Battalion:** | ColSO |
| **Response Area:** | O STS \| O CRFR 72 \|\|\| 1 | **Response Plan:** | CCSO |
| **Disposition:** | Q4 - INFORMATION ONLY | **Command Ch:** | |
| **Cancel Reason:** | C - CANCEL | **Primary TAC:** | |
| **Incident Status:** | Closed | **Secondary TAC:** | |
| **Certification:** | PD Call | **Delay Reason (if any):** | |
| **Longitude:** | 122853756 | **Latitude:** | 45848083 |

| | | | |
|---|---|---|---|
| **Location Name:** | | **County:** | COLUMBIA O |
| **Address:** | Bachelor Flat Rd / Ross Rd | **Location Type:** | |
| **Apartment:** | | **Cross Street:** | |
| **Building:** | | **Map Reference:** | 5834A |
| **City, State, Zip:** | WARREN OR 97053 | | |

**VEHICLE 1**

| | | | |
|---|---|---|---|
| **License:** | DMV - OR - Passenger Car | **Plate Year:** | 2019 |

| | | | |
|---|---|---|---|
| **Caller Name:** | OSP | | |
| **Method Received:** | | **Call Back Phone:** | |
| **Caller Type:** | | **Caller Location:** | |
| **Caller Address:** | | **Caller Location Phone:** | |
| **Caller Building:** | | **Caller Apartment:** | |
| **Caller City, State, Zip:** | | **Caller County:** | |

| Description | Date | Time | User | Description | Time |
|---|---|---|---|---|---|
| **Phone Pickup** | 8/6/2019 | 12:35:27 | | | |
| **1st Key Stroke** | 8/6/2019 | 12:35:32 | | **Received to In Queue** | 00:00:11 |
| **In Waiting Queue** | 8/6/2019 | 12:36:23 | | **Call Taking** | 00:05:40 |
| **Call Taking Complete** | 8/6/2019 | 12:41:52 | VAUGHN, Empl | **In Queue to 1st Assign** | |
| **1st Unit Assigned** | | | | **Call Received to 1st Assign** | |
| **1st Unit Enroute** | | | | **Assigned to 1st Enroute** | |
| **1st Unit Arrived** | | | | **Enroute to 1st Arrived** | |
| **Closed** | 8/6/2019 | 12:41:52 | VAUGHN, Empl | **Incident Duration** | 00:06:25 |

**No Resources Assigned**

**No Personnel Assigned**

Exhibit 3
Page 14 of 17

EXHIBIT 3, Page 14 of 17

No Caution Notes found

No Pre-Scheduled Information

No Transports Information

No Transports Information

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 8/6/2019 | 12:35:38 | 39404 | Response | | [1] TROOPER BEHIND TRF COMPLAINT |
| 8/6/2019 | 12:35:49 | 39404 | Response | | [2] DK GREY CHEV SILVERADO BEING CHASED BY A SILVER PC |
| 8/6/2019 | 12:36:10 | 39404 | Response | | [3] PASSED THE SILVER CAR AND TROOPER STOPPING SILVERADO |
| 8/6/2019 | 12:36:31 | 39404 | Response | | [4] NOW TURNING ONTO BACH FLAT |
| 8/6/2019 | 12:36:47 | 39404 | Response | | [5] SILVERADO DMV |
| 8/6/2019 | 12:37:23 | 39404 | Response | | [6] BACH FLAT BY FAIRGROUNDS |
| 8/6/2019 | 12:37:45 | 39404 | Response | | [7] STOPPED NOW |
| 8/6/2019 | 12:37:49 | 39404 | Response | | [8] UNCOOPERATIVE |
| 8/6/2019 | 12:37:56 | 39404 | Response | | [9] WANTING CODE 3 COVER |
| 8/6/2019 | 12:38:03 | 39404 | Response | | [10] FE IN SILVER CAR PULLED A GUN |
| 8/6/2019 | 12:38:11 | 39404 | Response | | [11] ON THE SILVERADO |
| 8/6/2019 | 12:38:57 | 39404 | Response | | [12] UNK IF SILVER CAR IS STOPPED |
| 8/6/2019 | 12:39:34 | 39404 | Response | Y | [13] [Query] , 01. QRS - Veh by PlateOrVIN: DMV |
| 8/6/2019 | 12:39:34 | 39404 | Response | Y | [14] [Query] , 03. RQ - NLETS Vehicle Reg: OR, DMV ,2019,PC |
| 8/6/2019 | 12:41:00 | 39404 | Response | | [15] Incident linked to [PD] [OP190040882] |
| 8/6/2019 | 12:41:05 | 49640 | Response | | [16] Secondary Location for 715: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:41:13 | 49640 | Response | | [17] Secondary Location for 711: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:41:20 | 59765 | Response | | [18] OSP REQ CODE 1 MEDICS [Shared] |
| 8/6/2019 | 12:42:11 | 49640 | Response | | [19] Secondary Location for 719: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:42:16 | 53916 | Response | | [20] Secondary Location for 702: BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS,OR 97051 [Shared] |
| 8/6/2019 | 12:42:16 | 53916 | Response | | [21] Backed up 711 with 702 [Shared] |
| 8/6/2019 | 12:42:40 | 49640 | Response | | [22] 719: we are o/w the chev sil that osp stopped DMV [Shared] |
| 8/6/2019 | 12:42:57 | 59765 | Response | | [23] Multi-Agency FD Incident #: OF190005904 |
| 8/6/2019 | 12:43:37 | ZetronM25 | Response | | [24] 476 Alerted at 8/6/2019 12:43:37 for M476 [Shared] |
| 8/6/2019 | 12:44:17 | 49640 | Response | | [25] Secondary Location for 707: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] |
| 8/6/2019 | 12:44:38 | ZetronM25 | Response | | [26] 471 Alerted at 8/6/2019 12:44:38 for M471 [Shared] |
| 8/6/2019 | 12:45:41 | 49640 | Response | | [27] 719: eb lane of bach blocked off at summit view - lane opn enough to let medics through [Shared] |
| 8/6/2019 | 12:48:52 | 49640 | Response | | [28] 719: detainee BARROR [Shared] |
| 8/6/2019 | 13:08:15 | JL | Response | | [29] [FD] has closed their incident [OF190005904] |
| 8/6/2019 | 13:22:31 | GASTON, DYLAN | Response | Y | [30] [PD] has closed their incident [OP190040882] |

No Address Changes

No Priority Changes

No Alarm Level Changes

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 8/6/2019 | 12:39:34 | | [Query] | | [Query] 01. QRS - Veh by PlateOrVIN: DMV | 39404 |

Exhibit 3
Page 15 of 17

EXHIBIT 3, Page 15 of 17

| Date | Time | Field | | From/Location | Detail | User |
|---|---|---|---|---|---|---|
| 8/6/2019 | 12:39:34 | [Query] | | | [Query] 03. RQ - NLETS Vehicle Reg: OR, DMV ,2019,PC | 39404 |
| 8/6/2019 | 12:39:34 | Supplemental Information | | Bachelor Flat Rd / Ross Rd | Supplemental Vehicle record 733811 was added for license plate DMV | 39404 |
| 8/6/2019 | 12:39:34 | License Plate | | Bachelor Flat Rd / Ross Rd | Plate Number DMV has been added. | 39404 |
| 8/6/2019 | 12:41:00 | Linked Incident | | | Incident link created for [PD] Inc # [OP190040882] | 39404 |
| 8/6/2019 | 12:41:07 | UserAction | | | User clicked Cancel | 39404 |
| 8/6/2019 | 12:41:52 | Cancel Response | | Bachelor Flat Rd / Ross Rd | Cancellation Reason: C - CANCEL, Response Disposition: Q4 - INFORMATION ONLY | 39404 |

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 8/6/2019 | 12:36:14 | Address | (Blank) | BAC/ROS | New Entry | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:18 | Jurisdiction | | Columbia PD | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:18 | Division | | Columbia County Sheriff | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:18 | Battalion | | ColSO | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:18 | Response_Area | | O STS | O CRFR 72 ||| 1 | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:18 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:18 | Address | BAC/ROS | BACHELOR FLAT RD / ROSS RD | Entry Selected/Returned from GeoLocator | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:18 | City | | WARREN | Updated City | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:18 | Latitude | 0 | 45848083 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:18 | Longitude | 0 | 122853756 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:22 | Problem | | AOA - ASSIST AGENCY | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:22 | Response_Plan | | CCSO | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:22 | DispatchLevel | | PD ROUTINE | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:22 | ResponsePlanType | 0 | 1 | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:22 | Priority_Description | | P3 | | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:22 | Priority_Number | 0 | 3 | | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:22 | Incident_Type | | 1 OFFICER BEAT | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:22 | Certification_Level | | PD Call | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:25 | Pickup_Map_Info | | 5834A | | Response_Transports | C911-3 | 39404 |
| 8/6/2019 | 12:36:25 | Map_Info | | 5834A | | Response_Master_Incident | C911-3 | 39404 |
| 8/6/2019 | 12:36:35 | Caller_Name | | OSP | (Response Viewer) | Response_Master_Incident | C911-3 | 39404 |

**No Custom Time Stamps**

**No Custom Data Fields**

**No Attachment**

Exhibit 3
Page 16 of 17
EXHIBIT 3, Page 16 of 17

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| DMV | **1** (1)<br>**2** (5)<br>**3** (3) | Department of Motor Vehicles (DMV): Oregon Motor Vehicle and Driver Records: Oregon motor vehicle registration and driving records are the responsibility of the Oregon Department of Transportation, Driver and Motor Vehicle Services Branch (DMV). Government agencies in Oregon have access to these records via LEDS for authorized criminal justice purposes and for licensing, employment and regulatory purposes specifically authorized by State Law and approved in writing by DMV. Communication, dissemination, or use of this information for other than authorized purposes is prohibited. |
| Employee | **1** (3) | Our CAD system identifies employees transactions within the system with their full name. We have chosen to redact their first names for privacy reasons. |

Exhibit 3
Page 17 of 17

EXHIBIT 3, Page 17 of 17