| Call ID: **2389946 - OP190040883** | Incident Date: **08/06/2019** | Answer | Create | Dispatch | Arrive | Clear |
|---|---|---|---|---|---|---|
| Call Type: **AOA - ASSIST AGENCY** | Status Times: | 12:35:27 | 12:36:23 | N/A | N/A | 12:41:52 |
| Address: **Bachelor Flat Rd / Ross Rd** | Apt: | | Division: **Columbia County Sheriff** | | | RD: **O STS \| O CRFR 72 \|\|\| 1** |
| Dispo: **Q4 - INFORMATION ONLY** | Complainant: **OSP** | | Phone: | | Comp Location: | |

| Comment | Time |
|---|---|
| [1] TROOPER BEHIND TRF COMPLAINT | 08/06/2019 12:35:38 |
| [2] DK GREY CHEV SILVERADO BEING CHASED BY A SILVER PC | 08/06/2019 12:35:49 |
| [3] PASSED THE SILVER CAR AND TROOPER STOPPING SILVERADO | 08/06/2019 12:36:10 |
| [4] NOW TURNING ONTO BACH FLAT | 08/06/2019 12:36:31 |
| [5] SILVERADO 365LPA | 08/06/2019 12:36:47 |
| [6] BACH FLAT BY FAIRGROUNDS | 08/06/2019 12:37:23 |
| [7] STOPPED NOW | 08/06/2019 12:37:45 |
| [8] UNCOOPERATIVE | 08/06/2019 12:37:49 |
| [9] WANTING CODE 3 COVER | 08/06/2019 12:37:56 |
| [10] FE IN SILVER CAR PULLED A GUN | 08/06/2019 12:38:03 |
| [11] ON THE SILVERADO | 08/06/2019 12:38:11 |
| [12] UNK IF SILVER CAR IS STOPPED | 08/06/2019 12:38:57 |
| [13] [Query] , 01. QRS - Veh by PlateOrVIN: 365LPA | 08/06/2019 12:39:34 |
| [14] [Query] , 03. RQ - NLETS Vehicle Reg: OR,365LPA,2019,PC | 08/06/2019 12:39:34 |
| [15] Incident linked to [PD] [OP190040882] | 08/06/2019 12:41:00 |
| [16] Secondary Location for 715: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] | 08/06/2019 12:41:05 |
| [17] Secondary Location for 711: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] | 08/06/2019 12:41:13 |
| [18] OSP REQ CODE 1 MEDICS [Shared] | 08/06/2019 12:41:20 |
| [19] Secondary Location for 719: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] | 08/06/2019 12:42:11 |
| [20] Secondary Location for 702: BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS,OR 97051 [Shared] | 08/06/2019 12:42:16 |
| [21] Backed up 711 with 702 [Shared] | 08/06/2019 12:42:16 |
| [22] 719: we are o/w the chev sil that osp stopped 365lpa [Shared] | 08/06/2019 12:42:40 |
| [23] Multi-Agency FD Incident #: OF190005904 | 08/06/2019 12:42:57 |
| [24] 476 Alerted at 8/6/2019 12:43:37 for M476 [Shared] | 08/06/2019 12:43:37 |
| [25] Secondary Location for 707: BACHELOR FLAT RD / SUMMIT VIEW DR, BACHELOR FLAT RD / SUMMIT VIEW DR,ST HELENS, OR 97051. [Shared] | 08/06/2019 12:44:17 |
| [26] 471 Alerted at 8/6/2019 12:44:38 for M471 [Shared] | 08/06/2019 12:44:38 |
| [27] 719: eb lane of bach blocked off at summit view - lane opn enough to let medics through [Shared] | 08/06/2019 12:45:41 |
| [28] 719: detainee BARROR [Shared] | 08/06/2019 12:48:52 |
| [29] [FD] has closed their incident [OF190005904] | 08/06/2019 13:08:15 |
| [30] [PD] has closed their incident [OP190040882] | 08/06/2019 13:22:31 |

# Redaction Log

**Reason    Page (# of occurrences)    Description**