UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT BARROR,

        Plaintiff - Appellee,

  v.

ADAM RAETHKE, in his individual capacity,

        Defendant - Appellant,

and

CITY OF ST. HELENS,

        Defendant.

No. 24-1668

D.C. No. 3:20-cv-00731-AN
District of Oregon,
Portland

ORDER

The stipulated motion (Docket Entry No. 9) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT